IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Horsemen's Benevolent and Protective Association, Ohio Division, Inc., | : | |
| | : | Civil Action 2:07-cv-57 |
| Plaintiff | : | Judge Watson |
| v. | : | Magistrate Judge Abel |
| Sam Zonak, *et al.*, | : | |
| Defendants | | |

# ORDER

This matter is before the Magistrate Judge on attorney Douglas L. McSwain's July 11, 2012 motion to withdraw as counsel (doc. 107). Rule 83.4(c)(2) of the Southern District of Ohio Civil Rules states:

> Any motion to withdraw from further representation of the client must meet the following requirements: (1) *it must be served upon the client and the certificate of service must so state;* (2) it must assert that good cause, as defined by the Rules of Professional Conduct, exists to permit the withdrawal; and (3) it must be accompanied by an affidavit or other evidence supporting the assertion of good cause.

S.D. Ohio Civ. R. 83.4(c)(2) (emphasis added.) Counsel is DIRECTED to file a motion that complies with this Rule.

s/ Mark R. Abel
United States Magistrate Judge